Civil Action No. 15-cv-6428 KAM-PK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Showroom Auto, LLC

was received by me on *(date)*   11/12/2015   .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):*  On December 1, 2015, at 5 pm, at 42-08 35th Avenue, Long Island City, New York 11101, I served the summons and complaint on Lauren, last name not provided, a person of suitable age and discretion and employee of Showroom Auto.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/02/2015

_____
*Server's signature*

Peter J. McLoughlin - Process Server
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

_____
*Server's address*

Additional information regarding attempted service, etc: