Civil Action No. 15-cv-6428 KAM-PK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bernard Chris Merceus__

was received by me on *(date)* __11/12/2015__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On December 1, 2015, at 5 pm, at 42-08 35th Avenue, Long Island City, New York 11101, I served the summons and complaint on Lauren, last name not provided, a person of suitable age and discretion and employee of Showroom Auto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/02/2015__

_____
*Server's signature*

Peter J. McLoughlin - Process Server
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

*Server's address*

Additional information regarding attempted service, etc:
On December 3, 2015, deponent also enclosed a copy of the summons and complaint in an envelope properly addressed to the defendant at the defendant's last known address, c/o Showroom Auto, LLC, 42-08 35th Avenue, Long Island City, New York 11101, and deposited said envelope with the proper postage in an official depository under the exclusive care and custody of the United States Postal Service. The envelope bore the legend "personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. At the time service was effected we were advised that the defendant is not involved in any military service.