**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Jeffrey H. Dorfman
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY JOHNSTON,<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**SHOWROOM AUTO, LLC and BERNARD CHRIS MERCEUS,**<br><br>       **Defendants.** | **15 Civ. 6428 (KAM)(PK)**<br><br><br><br>**REQUEST TO ENTER DEFAULT** |

TO: DOUGLAS C. PALMER, CLERK OF COURT
   UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

   Please enter default of Defendants Showroom Auto, LLC and Bernard Chris Merceus

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to defend the above-

captioned action as fully appears from the court file herein and from the attached Affidavit of

Jeffrey H. Dorfman.

Dated: New York, New York
    December 30, 2015

            _____
             /s/ Jeffrey H. Dorfman
              Jeffrey H. Dorfman