**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Jeffrey H. Dorfman
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone:  (212) 300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROY JOHNSTON,**<br><br>                    **Plaintiff,**<br><br>     -against-<br><br>**SHOWROOM AUTO, LLC and BERNARD CHRIS MERCEUS,**<br><br>                    **Defendants.** | **15 Civ. 6428 (KAM)(PK)**<br><br>**NOTATION OF DEFAULT** |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants Showroom Auto, LLC and Bernard Chris Merceus ("Defendants") have failed to defend the above-captioned action.  The default of Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

_____

                                                                          _____
                                                                                    Clerk of Court


                                                              By: _____
                                                                                    Deputy Clerk