

September 15, 2016

**Via ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Johnston v. Showroom Auto, LLC, et al.*
                *Civil Action No. 15 Civ. 6428 (KAM)(PK)*

Dear Judge Kuo:

     We represent Plaintiff in connection with the above-referenced matter. We write this letter on behalf of all parties and are pleased to report to the Court that as a result of the Settlement Conference before Your Honor, the parties have agreed to a settlement. As such, we write this letter requesting that the Court approve the proposed Settlement Agreement and General Release, which is attached as **Exhibit A**. Additionally, the parties request a 65-day stay, until such time that all payments due under the agreement have been made. At such time, the parties will file a Stipulation of Dismissal with prejudice for Your Honor to sign.

     We thank Your Honor for your time and attention to this matter.

                                                     Respectfully Submitted,

                                                     Jeffrey H. Dorfman

Cc: Counsel of Record (via ECF)