

December 1, 2016

**Via ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Johnston v. Showroom Auto, LLC, et al.*
              <u>Civil Action No. 15 Civ. 6428 (KAM)(PK)</u>

Dear Judge Kuo:

      We represent Plaintiff in connection with the above-referenced matter. We write this letter to inform the Court that we are still awaiting the third and final settlement payment from Defendants which was due last week as per the terms of the Settlement Agreement. *See* ECF No. 16, **Exhibit A**, ¶ 1(c). We have reached out to Defendants regarding the defaulted payment and they have acknowledged the situation, but have yet to rectify. Once payment is received, the parties will file the Stipulation of Dismissal.

      We thank Your Honor for your time and attention to this matter.

                                                   Respectfully Submitted,

                                                   Jeffrey H. Dorfman

Cc: Counsel of Record (via ECF)